UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO: 0:21-cv-60517

JANE DOE, a minor, by and through her mother
and natural guardian, MS. DOE,

    Plaintiff,
Vs.

DELTA AIR LINES, INC., a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT FOR PLAINTIFFS'

Undersigned counsel for the Plaintiffs, hereby gives notice to this Court that all claims pertaining to the Plaintiffs, against the Defendant, DELTA AIR LINES, INC., have been amicably resolved.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on 20th of December, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the Florida Courts e-Filing Portal which will send an automatic e-mail message to all parties who have registered with the e-Filing Portal.

    HALPERN SANTOS & PINKERT, P.A.
    150 Alhambra Circle
    Suite 1100
    Coral Gables, FL  33134
    Phone: (305) 445-1111
    Fax:    (305) 445-1169
    Email:  ian@hsptrial.com

    By:   *s/ Ian D. Pinkert*
        IAN D. PINKERT, ESQUIRE
        Florida Bar No.: 84572